UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COMPLIANCE SERVICES OF AMERICA, LLC, | Case No. 13-cv-01269-JST |
|---|---|
| Plaintiff, | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| v. | Re: ECF No. 44 |
| HOUSER HOLDINGS, LLC, et al., | |
| Defendants. | |

The parties stated on the record on April 8, 2014, that they have settled this action in principle. See ECF No. 44. Accordingly, all deadlines and hearings in this case are VACATED. By May 26, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on June 11, 2014, at 2:00 p.m., which will automatically be vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 10, 2014

_____
JON S. TIGAR
United States District Judge