UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPLIANCE SERVICES OF AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOUSER HOLDINGS, LLC, et al.,<br><br>Defendants. | Case No. 13-cv-01269-JST<br><br>**ORDER SEALING AMENDED COUNTERCLAIM, GRANTING REQUEST TO FILE REDACTED AMENDED COUNTERCLAIM**<br><br>Re: ECF No. 47 |

The parties jointly move to seal the dismissed Amended Counterclaim of Theresa Thurman, filed August 13, 2011, ECF No. 24, and file a redacted version of the Amended Counterclaim, which redacts paragraphs 26, 48, 54, 62, 66–68, 71, 78, 84, 92, 209–211, and 225–227. Mot., ECF No. 47. For the reasons discussed in the Court's prior Order, ECF No. 45, the parties' request is granted. The Court further ORDERS as follows:

1. The Clerk of Court shall seal the dismissed Amended Counterclaim, ECF No. 24, in its entirety.

2. The parties shall file in the public record the redacted version of the original Amended Counterclaim attached to their request as Exhibit A, ECF No. 47 at 6–44.

**IT IS SO ORDERED**.

Dated: April 10, 2014

_____
JON S. TIGAR
United States District Judge